## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Eboni Williams, Debbie Shoemaker, Paula Mays, Tina Kovelesky, and Shadrin Herring, as representatives of a class of similarly situated persons, and on behalf of the A360, Inc. Profit Sharing Plan, formerly known as the A360, Inc. Employee Stock Ownership Plan,<br><br>                     Plaintiffs,<br><br>v.<br><br>Gerald Shapiro, Scott Brinkley, Jamie Zelvin, Argent Trust Company, A360 Holdings LLC, and John and Jane Does 1-10,<br><br>                     Defendants. | No. 1:22-cv-04868-MSS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendant Jamie Zelvin is hereby dismissed from this action without prejudice.

Dated: October 21, 2022                    Respectfully submitted,

**ENGSTROM LEE MCDONOUGH THOMPSON & THOMSON LLC**
By: */s/Jennifer K. Lee*
Jennifer K. Lee, MN No. 0399012**
Carl F. Engstrom, MN No. 0396298**
Mark E. Thomson, MN No. 0398260 **
1330 Lagoon Ave, 4th Fl
Minneapolis, MN 55408
(612) 699-4703
jlee@engstromlee.com
cengstrom@engstromlee.com
mthomson@engstromlee.com

**DUNN HARRINGTON LLC**
Robert E. Harrington III, IL No. 6277609*
22 W. Washington St., Suite 1500

1

Chicago, Illinois 60602-4086
(312) 548-7221
reh@dunnharrington.com

**WENZEL, FENTON, CABASSA, P.A.**
Brandon J. Hill, IL No. 6300021**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
(813) 224-0431
bhill@wfclaw.com

**MORGAN & MORGAN, PA**
Marc Edelman, FL Bar No. 96342***
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
(813) 223-5505
medelman@forthepeople.com

*Member of N.D. Ill. Trial Bar
**Member of N.D. Ill. General Bar
***Petition for Admission to N.D. Ill. General
Bar Forthcoming

**ATTORNEYS FOR PLAINTIFFS**